MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: heather.melton@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JULIE WEAVER, <br> Defendant. | No. CR 11-00841-JCS <br> ~~No. CR 11-71170-MAG~~ <br><br> NOTICE OF DISMISSAL OF INFORMATION AND COMPLAINT |

With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and because defendant has successfully completed her twelve month period of pre-trial diversion, the United States Attorney for the Northern District of California dismisses the above-captioned Information and Complaint without prejudice.

DATED: February 5, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL
[CR 11-00841-JCS, CR 11-71170-MAG]

1       Leave is granted to the government to dismiss the above-captioned Information and
2   Complaint without prejudice.
3
4   DATED: 2/7/13
                                                _____
5                                               HONORABLE JOSEPH C. SPERO
                                                United States Magistrate Judge
6

NOTICE OF DISMISSAL
[CR 11-00841-JCS, CR 11-71170-MAG]